IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELINDA RUND,

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.

Civil No. 07-1739-AA

ORDER

AIKEN, Chief Judge:

    Plaintiff moves for an award of costs and attorney fees. See 28 U.S.C. § 2412(d). Defendant has no objection. Accordingly, plaintiff's application for fees and costs (doc. 16) is GRANTED, and plaintiff is awarded $350.00 in costs and $7,400.00 in attorney fees.

IT IS SO ORDERED.

    DATED this 7 day of July, 2009.

                        /s/ Ann Aiken
                        Ann Aiken
              Chief United States District Judge

1 - ORDER